AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Eramito Butten,<br><br>*Plaintiff(s)*<br>v.<br>Northshore Motor Leasing LLC, and<br>Anthony Deo,<br><br>*Defendant(s)* | Civil Action No. 2:21-cv-02558 (DRH)(SIL) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Northshore Motor Leasing LLC, and Anthony Deo
    180 Michael Drive, Suite 204
    Syosset, NY 11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
    215-28 Hillside Avenue
    Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  05/10/2021                                                    *Doreen Flanagan*
                                                                     *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Eramito Butten,

CIVIL ACTION NO.: 2:21-CV-02558 (DRH)(SIL)

vs.                                                                                      *Plaintiff*

Northshore Motor Leasing LLC, and Anthony Deo,

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **05/25/2021** at **2:20 PM** at **180 Michael Drive, Suite 204, Syosett, NY 11791**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet**

on **Anthony Deo**

by delivering thereat a true copy of each to **Frank Ventimiglia [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state;

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **180 Michael Drive, Suite 204, Syosett, NY 11791**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **05/26/2021**

**c/o Northshore Motor Leasing LLC**

Description of Person Served.
Gender: Male
Skin: White
Hair: Black/Balding
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other: Glasses

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
26th day of May, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan D. Aguirre
License No. 2067175

Serving By Irving, Inc | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No 0761160