UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
ERAMITO BUTTEN,

                         Plaintiff,

-against-

NORTHSHORE MOTOR LEASING LLC.,
and ANTHONY DEO,

                        Defendants.
--------------------------------------------------X

Docket No. 2:21-cv-02558

(DRH-SIL)

## AFFIRMATION/DECLARATION OF SERVICE

**NOW COMES** Harry R. Thomasson, Esq., an attorney in good standing in the Federal District Court for the Eastern District of New York, and declare as follows:

I am not a party to the above captioned action, and I am above the age of 18 years old. On this date I served a true and accurate copy of the Defendants' Answer as well a true and accurate copy of the F.R.C.P. Rule 68 Offer of Judgment upon the Plaintiff by serving true and accurate copies of same by placing the Answer and Rule 68 Offer in an envelope with first class postage, prepaid, and deposited same in a U.S.P.S. mailbox/receptacle with the envelope addressed as follows:

Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

      Dated: Franklin Square, NY
            June 25, 2021

Harry R. Thomasson, Esq.
3280 Sunrise Highway, Ste. 112
Wantagh, NY 11793
Tel. 516-557-5459
hrtatty@verizon.net

1