**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**ERAMITO BUTTEN,**

                                                    **Docket No. 2:21-cv-02558**

              **Plaintiff,**                          **(DRH-SIL)**

    -against-

**NORTHSHORE MOTOR LEASING LLC.,**
**and ANTHONY DEO,**

              **Defendants.**
-------------------------------------------------------X

<u>**F.R.C.P. RULE 68 OFFER OF JUDGMENT**</u>

    **NOW COMES** Defendants, NORTHSHORE MOTOR LEASING LLC., and

ANTHONY DEO, by counsel, Harry R. Thomasson, Esq., and make an offer of Judgment

pursuant to Federal Rules of Civil Procedure Rule 68 as follows:

    Defendants offer three thousand five hundred dollars ($3,500.00) total to the Plaintiff as

an offer of Judgment. If this offer is not accepted within fourteen (14) days of service of this

offer upon Plaintiff or his attorney, then pursuant to Rule 68 this offer is thereafter deemed

withdrawn.

    Please be guided accordingly.

    Dated: Franklin Square, NY
           June 25, 2021                         Defendants, by counsel,

                                                   Harry R. Thomasson, Esq.
                                                   3280 Sunrise Highway, Ste. 112
                                                   Wantagh, NY 11793
                                                   Tel. 516-557-5459
                                                   hrtatty@verizon.net