# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                   Fax: 718-740-2000
*Employment and Labor Lawyer*                              Web: www.abdulhassan.com

**September 7, 2021**

**Via ECF**

Hon. Steven I. Locke, USMJ
United States District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

<u>Re: Butten v. Northshore Motor Leasing LLC et. al.</u>
**Case #: 21-CV-02558 (DRH)(SIL)**
**Request for Referral to Mediation**

Dear Magistrate-Judge Locke:

     My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of both sides to request that the Court – subject to Your Honor's approval, refer the case to mediation through the Court's program and adjourn the September 13, 2021 Initial Conference to a date after the completion of mediation. This request is being made because the parties believe mediation would be a better use of time and resources. If the case is settled, we will promptly notify the Court.

     We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**

1