# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

__10/12/2021__ **:** Exchange of Rule 26(a)(1) disclosures

__10/27/2021__ **:** Service of first interrogatories and document demands

__12/13/2021__ **:** Responses to first interrogatories and document demands

__12/27/2021__ **:** Motions to join new parties or amend the pleadings

**TBD by Court:** Status conference in courtroom 820

__04/28/2022__ **:** Completion of depositions

__05/30/2022__ **:** Identification of case-in-chief experts and service of Rule 26 disclosures

__07/14/2022__ **:** Identification of rebuttal experts and service of Rule 26 disclosures

__08/16/2022__ **:** Commencement of summary judgment motion practice.

**TBD by Court:** Pretrial conference in courtroom 820