# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　　　　Web: www.abdulhassan.com

**October 25, 2021**

**Via ECF**

Hon. Steven I. Locke, USMJ
United States District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

　　　　　　　　　　**Re: Butten v. Northshore Motor Leasing LLC et. al.**
　　　　　　　　　　　　**Case #: 21-CV-02558 (DRH)(SIL)**
　　　　　　　　　　　　**Motion for Extension of Time to Complete Mediation**

Dear Magistrate-Judge Locke:

　　　My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a 60-day extension of the October 25, 2021 deadline for the parties to complete mediation. We were unable to go forward with the scheduled mediation because defense counsel indicated that he would be unavailable due to medical reasons. No prior request for an extension of this deadline was made.

　　　We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**

1