# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

</div>

**Abdul K. Hassan, Esq.**                                                                                        Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                       Fax: 718-740-2000
*Employment and Labor Lawyer*                                                             Web: www.abdulhassan.com

<div style="text-align:center">

**January 3, 2022**

</div>

**Via ECF**

Hon. Steven I. Locke, USMJ
United States District Court, EDNY
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

<div style="text-align:center">

**Re: Butten v. Northshore Motor Leasing LLC et. al.**
      **Case #: 21-CV-02558 (DRH)(SIL)**
      **Motion for Extension of Time to Complete Mediation**

</div>

Dear Magistrate-Judge Locke:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 60-day adjournment of the January 5, 2022 initial conference in this matter so that the parties can complete mediation. Since the last request for an extension of time (ECF No. 12), which was due to medical reasons on the defense side, we have not heard from defense counsel and the additional time is needed to reschedule and complete the mediation. A corresponding 60-day extension of the December 24, 2021 deadline for the parties to complete mediation is also requested. We will reach out once again to defense counsel and press to expedite the scheduling of the mediation and keep the Court updated. One prior request for an extension of these deadlines were made and granted.

      We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**