**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ERAMITO BUTTEN,

        Plaintiff,

  - against -                                       **JUDGMENT**
                                                                  CV 21-2558 (DRH) (SIL)
NORTHSHORE MOTOR LEASING LLC and
ANTHONY DEO,

        Defendants.
----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 18, 2022, accepting Defendants' April 18, 2022 offer to allow entry of judgment against them in the amount of $7,000.00, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Eramito Butten and against Defendants Northshore Motor Leasing LLC and Anthony Deo in the amount of $7,000.00; and that this case is closed.

Dated: April 19, 2022
       Central Islip, New York

                                                                     BRENNA B. MAHONEY
                                                                     CLERK OF THE COURT

                                              By:    /s/ James J. Toritto
                                                           Deputy Clerk